■ In the Matter of the Claim of HAROLD HENDRICKSON, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [621 NYS2d 929] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 28, 1993, which dismissed claimant's appeal from a decision of an Administrative Law Judge.

In dismissing the appeal, the Board noted that it had been processed through inadvertance and that there had been no actual request for an appeal; rather, claimant had applied to reopen the decision of an Administrative Law Judge denying his claim for unemployment insurance benefits. The Board did not reopen the hearing, however, noting that claimant had been offered five opportunities to testify but had failed to appear. Under the circumstances, it cannot be said that the Board abused its discretion by not reopening the hearing.

Cardona, P. J., Crew III, White, Yesawich Jr. and Peters, JJ., concur. Ordered that the decision is affirmed, without costs.

■ In the Matter of the Claim of MARY M. COOKE-JOHNSON, Appellant. JOHN F. HUDACS, as Commissioner of Labor, Respondent. [620 NYS2d 176] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 31, 1994, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Claimant was employed as a claims analyst. Claimant, after using vulgar language in an argument with a co-worker, was warned that such language was inappropriate and not acceptable. Claimant subsequently again used vulgar language while at work and, when called to her supervisor's office to discuss the incident, walked out of the meeting. We therefore find substantial evidence to support the Board's decision that this conduct constituted misconduct.

Mikoll, J. P., Crew III, White, Casey and Peters, JJ., concur. Ordered that the decision is affirmed, without costs.